```
LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>SHAY BENLULU,<br><br>    Defendant | No. CV A 12-2414<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Shay Benlulu, in the principal amount of $43,290.12 plus interest accrued to March 19, 2012, in the sum of $7,005.64; with interest accruing thereafter at $5.78 daily until entry of judgment, for a total amount of **$50,295.76**.

DATED: 4/10/2012    By:  Terry Nafisi
                   Clerk of the Court

                   A. Martinez
                   Deputy Clerk
              United States District Court